# ATTACHMENT A



| Government of Canada | Gouvernement du Canada |

Home (http://canada.ca/en/index.html) ➜ Travel (/) ➜ Destinations (/destinations)

# Ecuador

Register | Travel insurance | Destinations

**Last updated:** June 30, 2016 14:01 ET

**Still valid:** July 1, 2016 14:09 ET

**Latest updates:** The Health tab was updated - travel health notices (Public Health Agency of Canada)

Print format

▼ Security

## Security

The decision to travel is your responsibility. You are also responsible for your personal safety abroad. The Government of Canada takes the safety and security of Canadians abroad very seriously and provides credible and timely information in its Travel Advice. In the event of a crisis situation that requires evacuation, the Government of Canada's policy is to provide safe transportation to the closest safe location. The Government of Canada will assist you in leaving a country or a region as a last resort, when all means of commercial or personal transportation have been exhausted. This service is provided on a cost-recovery basis. Onward travel is at your personal expense. Situations vary from one location to another, and there may be constraints on government resources that will limit the ability of the Government of Canada to provide assistance, particularly in countries or regions where the potential for violent conflict or political instability is high.

## Areas immediately bordering Colombia (see Advisory (http://travel.gc.ca/destinations/ecuador#adviso

Travel to and within areas immediately bordering Colombia is dangerous due to the presence of drug traffickers and criminal organizations and the risk of violence, kidnappings, armed assaults and extortion. There have been reports of Canadian, American, British and Australian tourists and foreign oil workers being kidnapped in these areas. Armed robberies have also been reported at jungle lodges in the areas of Lower Rio Napo and Cuyabeno National Reserve.

Curfews and states of emergency may be declared in regions affected by civil unrest, natural disaster or other disruption. During a state of emergency, authorities have expanded powers to restore order, including suspension of some constitutional rights and expanded detention powers.

## Petty crime

Street crimes, including purse snatching, car break-ins, thefts, pickpocketing and violent carjackings, are daily occurrences in major cities. Thieves often work in teams, in which one thief diverts the victims' attention while the other snatches their possessions. Groups of street children who sell candy are often engaged in this type of team operation. Luggage theft is common at airports, bus terminals, on buses (city and regional) and at other transit points. Thefts of backpacks and other small bags are also very common on buses, even when the individual is being careful. Thieves can be very creative, such as cutting the purse or bag when you have it between your feet or spilling something on you in order to distract you.

In urban centres, thieves target cars stopped in traffic for break-ins. Hide your valuables and be aware of your surroundings when driving. The hotel zones in Quito are often targeted by thieves and muggers who believe tourists are affluent. Remain aware of your surroundings at all times and maintain a low profile when walking in these areas. Avoid walking alone—women especially—and avoid travelling after dark.

Carry only small amounts of money. Do not show signs of affluence and keep all valuable items and electronic equipment out of sight. Ensure that your personal belongings, passports and other travel documents are secure at all times, and carry colour photocopies of your identification documents.

Armed robberies are frequent. In case of robbery, remain calm and do not resist. Exercise caution and be attentive to your surroundings when using automated banking machines (ABMs). Use only ABMs in well-lit public areas where there are lots of people, such as malls or in banks, and do so only during daylight hours.

## Assault

Robberies at gunpoint have also been reported along the hiking trail up Cerro Mandango near Vilcabamba, Loja. Those robbed, who are often foreigners, report being accosted by a group of masked, armed men while hiking along the trail. Thieves have resorted to undoing or opening articles of clothing to locate valuables and personal items to steal.

Armed assaults can occur in public parks in and around transportation terminals, especially in Guayaquil, Quito, Manta and Cuenca. In Quito, exercise caution in the areas of El Panecillo, Carolina Park, Guápulo, Old Quito, South Quito and particularly the popular tourist sector of Mariscal Sucre, where sexual assaults have occurred. Avoid walking up to the Panecillo.

In Guayaquil, remain vigilant when visiting the downtown area, the waterfront (El Malecón), the market area and the Sagrado Corazón de Jesús (statue of Jesus Christ) on Cerro del Carmen. Avoid wandering on deserted beaches, especially at night. Random attacks at gunpoint, robberies and sexual assaults involving Canadians have occurred in the Riobamba area.

Armed robberies on beaches occur throughout the country, especially in the province of Esmeraldas. Robberies have been carried out during the day and have even targeted large groups of tourists.

Sexual assaults against tourists are reported regularly throughout the country. Always exercise caution, avoid isolated areas and travel in groups.

Never leave food or drinks unattended or in the care of strangers. Be wary of accepting snacks, beverages, gum or cigarettes from new acquaintances, as the items may contain drugs that could put you at risk of sexual assault and robbery. Incidents can occur in various locations, including buses, nightclubs and bars.

Sexual assaults and armed robberies have been reported in the area of the Pichincha volcano. Do not walk outside the limits of the Quito Teleférico or its pathway, and avoid hiking to the antennas of the volcano via Cruz Loma, west of Quito.

## Women's safety

Incidents of attacks and sexual assault against foreign women, including rape and murder, have increased throughout the country, particularly in the city of Montañita (see Advisories). Never travel alone, especially after dark. Be aware that even women travelling in pairs have been targeted. Stay in accommodations with good security, and avoid hospitality exchange arrangements, such as couch-surfing. See Her own way - a woman's safe-travel guide (https://travel.gc.ca/travelling/publications/her-own-way) for travel safety information specifically for Canadian women.

## Kidnapping

Kidnapping for ransom and express kidnappings, often in connection with carjackings, is a concern throughout Ecuador but is of particular concern in Guayaquil. To address the problem, the Ecuadorian government has installed cameras and panic buttons in taxis. The panic button is linked directly to 911, and as soon as you press the button, someone will be able to watch, live, what is happening in the taxi.

Express kidnappings involve the brief detention of an individual, who is released only after being forced to withdraw funds from an ABM or after arranging for family or friends to pay a ransom. Exercise

caution when using taxis, as taxi drivers have reportedly carried out express kidnappings. You should always use reputable radio taxi companies, booked in advance, if possible.

## Fraud

Credit card fraud is increasing in Ecuador. Credit card magnetic strips have been duplicated, particularly at restaurants and bars where swiping your own card may not always be possible. Pay careful attention when your cards are being handled by others. Scams involving debit cards also occur. Carefully inspect ABMs before using to ensure that they have not been tampered with.

## Demonstrations and civil unrest

Demonstrations occur sporadically throughout Ecuador, and have escalated in recent months. The cities Quito, Guayaquil (Guayas), Latacunga (Cotopaxi) and Ambat (Tungurahua) are particularly affected. Public transportation is often disrupted during demonstrations due to heavy traffic and roadblocks. Although political demonstrations have not been directed at foreigners in the past, peaceful demonstrations can become violent with little or no warning. Protesters may burn tires, throw rocks and Molotov cocktails, engage in the destruction of private and public property and detonate small improvised explosive devices during demonstrations. Police response may include the use of water cannons and tear gas. Avoid areas where demonstrations are in progress, follow the advice of local authorities and monitor local developments. Be prepared with alternate travel arrangements. Foreigners are prohibited from protesting in Ecuador and may be subject to arrest for participating in any demonstration.

Strikes and disturbances by local fishermen in the Galápagos Islands sometimes affect the movement of tourists and prevent access to some sites. If you are planning to travel to the Galápagos Islands, obtain written confirmation from your travel agent or tour operator that your tour vessel is certified by the Ecuadorian navy (Armada del Ecuador) to meet the International Convention for the Safety of Life at Sea or SOLAS standards.

## Road travel

Though road conditions have improved, road travel is slow due to unmarked speed bumps, large pot holes, traffic lights on major highways, heavy traffic (especially on weekends and statutory holidays) and police and military road blocks. Heavy rain and mudslides often close or wash out roads. Heavy fog occasionally poses hazards in mountainous areas.

Driving in Ecuador is hazardous and unpredictable. There are all types of vehicles on the road that do not meet acceptable safety standards. Drivers involved in accidents causing physical injury are immediately detained. In many cases, detention lasts until responsibility for the accident has been assigned and all parties are satisfied.

Robberies and assaults continue to be reported regularly on intercity and urban Guayaquil buses, especially after dark. Bus drivers often make illegal stops to pick up passengers on express routes, especially on the routes between Guayaquil and Cuenca and between Guayaquil and Riobamba. The Ecuadorian government has installed GPS units on buses to track their routes, where they stop and for how long, in an effort to improve security. Avoid travelling after dark.

Only use registered taxis, identified by orange licence plates and an orange and white registration number on the side of the car and on the windshield. Do not hail taxis on the street.

## Marine travel

There is a risk of attack and armed robbery against ships in Ecuadorian waters.

## Air travel

The Government of Canada does not assess foreign domestic airlines' compliance with international aviation safety standards. See Foreign domestic airlines (http://travel.gc.ca/air/foreign-domestic-airlines) for more information.

## Swimming safety

Seek advice from local authorities before swimming, as strong currents, undertow and underwater hazards may exist and are not always posted. Most beaches lack consistently staffed lifeguard stations.

## General safety information

If you intend to trek:

a) never trek alone;
b) always hire an experienced guide and ensure that the trekking company is reputable;
c) buy travel health insurance that includes helicopter rescue and medical evacuation;
d) ensure that you are in top physical condition;
e) advise a family member or friend of your itinerary;
f) know the symptoms of acute altitude sickness, which can be fatal;
g) register with the Embassy of Canada in Ecuador; and
h) obtain detailed information on trekking routes before setting out.

Your insurance should include provision for helicopter rescue, medical evacuation and treatment for accidental injury and medical emergencies.

Recently, spiritual cleansing and ayahuasca ceremonies, offered by shamans and other individuals, have led to serious illness and even the death of several tourists. Ceremonies involve taking substances that can cause medical complications and severely impair cognitive and physical abilities, and often take place in remote areas with no access to medical facilities. Tourists have also been assaulted or injured while participating in such ceremonies. These services are not regulated and there is no way to assess the safety of any of the services, the operators or the Shamans.

In case of robbery, assault, fraud or loss of belongings in Quito, you may contact the "tourist police", a specially designated police unit, at (593 2) 254-3983.

The Ministry of Tourism has developed an app that can be installed on a smartphone of any traveller visiting Ecuador. It is available in English and allows you to ask for help in the case of an emergency and to be located through your phone's GPS. To install the app visit: http://www.ecu911.gob.ec/aplicacionparacelulares/ (http://www.ecu911.gob.ec/aplicacionparacelulares/).

The Ministry of Tourism has a tourist service complaints management system e-mail: denuncias@turismo.gob.ec (mailto:denuncias@turismo.gob.ec) and their toll free number is 1-800-turismo (8874766).

**Date modified:**

2016-06-30